The Chicago, Burlington and Quincy Railroad Co.

*v.*

The People *ex rel.* Kinzie, Collector of Mercer County.

*Opinion filed February 17, 1899.*

This case is controlled by the decision in *St. Louis, Rock Island and Chicago Railroad Co.* v. *People ex rel.* 177 Ill. 78.

Appeal from the County Court of Mercer county; the Hon. J. H. Connell, Judge, presiding.

Grier & Stewart, for appellant.

James M. Brock, State's Attorney, for appellee.

Mr. Justice Phillips delivered the opinion of the court:

The questions presented on this record are identical with those presented in *St. Louis, Rock Island and Chicago Railroad Co.* v. *People ex rel.* 177 Ill. 78. It is unnecessary to repeat the reasoning of that opinion. What is there said is conclusive of this case, and the judgment of the county court of Mercer county is reversed.

*Judgment reversed.*